| | | | | |
|---|---|---|---|---|
| Aca of Business & Entre CS (Lanc. SD), In re | 221CD16, 1033CD16 | 03/21/2017 | Lancaster County CI–14–06095 | Affirmed |
| Lincoski v. UCBR | 1396CD16 | 03/21/2017 | Unemployment Compensation Board of Review B–590904 | Affirmed |
| Zafiratos v. Bd. of Lic. and Inspection Review | 121CD16 | 03/22/2017 | Philadelphia County May Term, 2015 No. 1688 | Affirmed |
| Privette–James v. WCAB (University of PA) | 933CD16 | 03/22/2017 | Workers' Compensation Appeal Board Appeal No. A15–1049 | Affirmed |
| Quarles v. Knapp | 970CD16 | 03/22/2017 | Montgomery County No. 2014–28852 | Quashed |
| Thompson v. Warrington Twp. | 1356CD16 | 03/23/2017 | Bucks County 2013–06965 | Affirmed |
| Segear v. UCBR | 605CD16 | 03/24/2017 | Unemployment Compensation Board of Review B–587081 | Affirmed |
| Karmiev v. UCBR | 1060CD16 | 03/24/2017 | Unemployment Compensation Board of Review B–589516 | Affirmed |
| DiBella v. UCBR | 1069CD16 | 03/24/2017 | Unemployment Compensation Board of Review B–589714 | Affirmed |
| Nestle USA v. WCAB (Gallen) | 890CD16 | 03/27/2017 | Workers' Compensation Appeal Board A15–0518 | Affirmed |
| Wissahickon Playground (Paulmier), In re | 2492CD15 | 03/28/2017 | Philadelphia County 265IP of 2015 | Affirmed |
| Sunflower Farm LLC, In re | 815CD16 | 03/28/2017 | Bucks County 2013–09041 | Affirmed |
| Turay v. BPOA | 924CD16 | 03/28/2017 | Bureau of Professional and Occupational Affairs 1779–48–15 | Affirmed |
| Giacalone–Soltesz v. WCAB (Fayette Resources) | 1034CD16 | 03/28/2017 | Workers' Compensation Appeal Board A15–1067 | Affirmed |
| Lee v. Luzerne Co. Tax Claim Bureau | 1041CD16 | 03/28/2017 | Luzerne County No.: 2012–13212 | Affirmed |